PETER C. ANDERSON
United States Trustee
Frank Cadigan (Bar No. 095666)
Assistant U.S. Trustee
Office of the United States Trustee
411 West Fourth Street, Suite 7160
Santa Ana, CA 92701-8000
Telephone: (714) 338-3403
Facsimile: (714) 338-3421
Email: frank.cadigan@usdoj.gov
Email: queenie.k.ng@usdoj.gov

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>JOE ANTHONY SANTA MARIA,<br><br>               Debtor. | CASE NUMBER: 8:20-bk-11560-TA<br><br>CHAPTER 7<br><br>**UNITED STATES TRUSTEE'S MOTION TO DELAY ENTRY OF DISCHARGE AND TO EXTEND TIME TO FILE A MOTION TO CONVERT CASE TO A CASE UNDER CHAPTER 11 TO DECEMBER 15, 2020 UNDER AND PURSUANT TO 11 U.S.C.§706**<br><br>Dated:    October 13, 2020<br>Time:    11:00 a.m.<br>Ctrm:    5B |

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE, DEBTOR JOE ANTHONY SANTA MARIA, DEBTOR'S COUNSEL, THE CHAPTER 7 TRUSTEE, AND ALL OTHER PARTIES IN INTEREST:**

      **PLEASE TAKE NOTICE** that on October 13, 2020 at 11:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Theodor C. Albert , United States Bankruptcy Judge, Courtroom 5B, Ronald Reagan Federal Building & United States Courthouse, 411 West Fourth Street, Santa Ana, the United States Trustee for Region 16 (hereafter "U.S. Trustee") will request that the Court enter an order delaying the entry of the discharge of the above referenced Debtor, one Joe Anthony Santa Maria, until such time as the United States Trustee can file a Motion to Convert the above captioned case to a case under Chapter 11, pursuant to 11

U.S.C. §706.[1]  The current deadline for objecting to discharge is September 14, 2020.  Although the United States Trustee is not contemplating objecting to the Debtor's discharge, the United States Trustee believes that the Debtor has the ability to repay most if not all his non-consumer debt to his creditors, pursuant to a Chapter 11 plan, within a three to five year period.[2] As will be more fully set forth below, and in the Declarations supporting the Motion, the United States Trustee believes that from a purely Schedule I and Schedule J analysis, which is the test under section 706, the Debtor has more than enough disposable income to fund a plan, when deducting from the expense side, expenses the United States Trustee believes are inappropriate.[3]

Moreover, in order to substantiate the United States Trustee suspicions regarding expenses the Debtor is taking, some amount of limited discovery will be necessary in order to verify income, domestic support obligations and deductions taken from the Debtor's monthly pay for retirement. The United States Trustee believes that on or before December 15, 2020, he will be in a position to make a determination whether a motion to convert this case, pursuant to section 706, is warranted.    In the meantime, a delay in entry of discharge is necessary in order to preserve the standing of the United States Trustee to file a motion under section 706.  The United States Trustee anticipates that the entry of a discharge would create legal and procedurally challenges to bringing a motion under section 706 without the extension of time delaying entry of discharge.  The extension should not be prejudicial to the Debtor, as the automatic stay remains in place, thus preventing any attempt, on the part of creditors, to pursue collection efforts.

For these reasons and for the reasons set forth below, the United States Trustee prays for entry of an order delaying the entry of any discharge through and including December 15, 2020.

---

[1] Although section 706 does not establish a time limit for bringing a motion to convert a case to case under Chapter 11, the entry of a discharge, prior to the motion being filed, could be problematic.  This extension to delay the entry of an order of discharge is being filed in an abundance of caution.

[2] Upon information and belief, the United States Trustee alleges that the Debtors debts are primarily non-consumer debts and therefore a motion to dismiss or convert the Chapter 7 case pursuant to a motion filed under section 707(b) would not be permissible.

[3] The Debtor amended Schedule I and J on September 8, 2020 [Dkt#14] and the Office of the United States Trustee is currently reviewing the amendments.

This motion is based upon this Notice of Motion and Motion, the attached declarations and exhibits; the pleadings and documents on file herein, upon oral argument as well be presented at the time of the hearing, and upon such other evidence, both oral and documentary, as may be presented at the time of the hearing.

ANY OPPOSITION, JOINDER OR OTHER RESPONSIVE PLEADING TO THIS NOTICE OF MOTION AND MOTION MUST BE FILED IN WRITING, AND SERVED ON THE UNITED STATES TRUSTEE AND OTHER PARTIES ENTITLED TO SERVICE AT LEAST FOURTEEN (14) DAYS BEFORE THE DATE SET FOR THE HEARING ON THIS MOTION, AS REQUIRED BY LOCAL BANKRUPTCY RULE 9013-1(a)(7) AND (11).


                                        PETER C. ANDERSON
                                        UNITED STATES TRUSTEE


Dated: September 10, 2020            */s/ Frank M. Cadigan*
                                        FRANK M. CADIGAN
                                        Assistant United States Trustee

## I. FACTUAL BACKGROUND

1. On May 30, 2020, the Debtor filed a voluntary chapter 7 bankruptcy petition, together with schedules and a statement of financial affairs with an assigned case number of 8:20-bk-11560 TA [Bankr. Dkt. #1 at bates stamp page 001]. See true and correct copy of the Electronic Docket of Proceedings which is attached hereto and marked **Exhibit "A".**

2. Schedule A/B: Property indicates that the Debtor owns no real property. See **Exhibit "B"** at bates stamp page 014 a true and correct of which is attached hereto.

3. The Debtor lists $121,041.72[4] in priority tax debt, (bates stamp page 031 at **Exhibit "B"**) $85,494.80 is subject to discharge if the debtor receives a discharge in a chapter 7 bankruptcy case.[5]

4. The Debtor also seeks to discharge $9,474.00 in general unsecured debt. See **Exhibit "B"** at bates stamp page 032.

5. Assuming the Debtor where to receive a discharge in the pending bankruptcy case, the Debtor would arguably be liable and obligated to repay $35,547.32 in non-dischargeable priority tax debt, having successfully discharged $94,968.87 in combined tax and general unsecured debt.

### The Debtor's Schedule I and J

6. The Debtor's original Schedule I and Amended Schedule I filed on September 8, 2020 [Dkt#14 at Exhibit "C" bates stamp page 063-064] are the same with the same income amounts except for a 3 cent difference in combined monthly income. $7,387.57 (Ex. "B" bates stamp page 036) versus $7,387.60 (Ex. "C" at bates stamp page 064). The payroll deductions taken every month from Debtor's $20,573.94 gross pay, which includes $10,685.68 in monthly overtime, are substantial

---

[4] The actual amount of tax debt is $121,042.12

[5] The Debtor contends that back income taxes are subject to a discharge, if the Debtor receives a bankruptcy discharge in a chapter 7 case, since the Debtor asserts that some of the debt satisfies the three-year, two-year, 240-day rule. See **Exhibit "B"** at bates stamp page 027.

and totals $13,186.34 each and every month.  See **Exhibit "C"** at bates stamp page 064.  These monthly payroll deductions will be the subject of investigation.  The United States Trustee believes that many of these payroll deductions are inappropriate and should be disallowed, therefore freeing up additional income to fund a plan, even without taking into consider that Debtor's overtime compensation.[6]

7.   The Amended Schedule J adds additional expenses that were not included in the original Schedule J filed with the Petition.  Added to the Amended Schedule J were payments to the IRS and Franchise Tax Board of $523.61 and $59.83 respectively, therefore reducing the Debtor's disposable income from $1,613.57 (Ex. B at bates stamp page 038) to $530.16 (Ex. C at bates stamp page 066).[7]

## II.  THE NECESSITY FOR EXTENDING THE DEADLINE TO OBJECT TO DISCHARGE TO DECEMBER 15, 2020

As more fully set forth in the Declaration of Frank M. Cadigan, filed concurrently herewith, the Debtor and his attorney Nicholas W. Gebelt have been cooperative, especially Mr. Gebelt, who offered, with the consent of his client, to stipulate to a 30 day extension of time delaying entry of an order of discharge, to allow the United States Trustee to complete his investigation. However, an extension of time through October 15, 2020 is simply not enough time for the Office of the United States Trustee to complete what it has to do, before bringing a motion to convert this case to Chapter 11, if that is what is ultimately decided.

---

[6] In both the original Schedule I and Amended Schedule I the Debtor states that with respect to his overtime compensation, Debtor was recently informed by his employer that overtime will be reduced due to tax reduction revenues and anticipates that this will impact Debtor's future overtime revenue in the coming months.  The Debtor did not provide any corroborating evidence to substantiate the statement nor did the Debtor indicate that if overtime was reduced for the fire department that he would be impacted.

[7] The Debtor indicates that the reason for the increases in expenses on Amended Schedule J is due to an anticipated $500.00 per month car payment, as the Debtor indicates he needs a new vehicle and non-dischargeable payments to the taxing authorities for obligations that would not be discharged, even if the Debtor were to receive a discharge in the chapter 7 case.

5

The Debtor is a fire fighter with the Los Angeles Fire Department.  He owns no real property.  He is not married but supports a girl friend and a small child.[8]  According to the Debtor's Statement of Financial Affairs he made $182,639.00 in 2018; $208,692.00 in 2019 and from January 1, 2020 through May 30, 2020 already bankrolled $104,880.15 with seven months left in the 2020 calendar year.  His entire debt obligations of non-consumer debt total $130,516.12.  His payroll deductions are astronomical.  What we have here is an high income earner with low debt who is seeking to discharge roughly $95,000 of that debt mostly consisting of taxes the Debtor never paid.  Before the Office of the United States Trustee can let that happen, a thorough and exhaustive analysis needs to be conducted to ensure that this Debtor is not abusing the system.[9]

The recent amendments to Schedule J decreasing net disposal income by over $1,000.00 per month needs to be addressed and explained along with the deductions taken every month from the Debtor's payroll check.  Many of these deductions appear inappropriate and should not be allowed.  See **Ex. B** at bates stamp page 036.[10]  The Debtor's unverified assertions that declining tax revenue may impact his overtime need to be further addressed and more fully investigated for accuracy.[11]

### III.    <u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

Although there is no time limit for filing a motion to convert a case to chapter 11 under section 706, the case law out there suggests that any such motion to convert a chapter 7 case to chapter 11 should be filed before the date a discharge is entered.  There are several cases where motions to convert a chapter 7 case to a case under chapter 11 were filed pursuant to section 706 where either the parties stipulated to an extension of time or motions were filed to extend time.  *See In re Baker,* 503

---

[8] It remains unclear whether domestic support obligations deducted from the Debtors payroll are voluntary or pursuant to a court order.  See Exhibit "B" at page 036.

[9] If the majority of the Debtor's debt was consumer debt as opposed to non-consumer debt the Debtor would be subject to a dismissal motion pursuant to 11 U.S.C. §707(b).

[10] Payroll deductions at 5a.; 5c.; 5d, and 5f appear questionable.

[11] Firefighters, like police and medical professionals are essential and unsubstantiated assertions that overtime may be reduced needs to be verified for an accurate Schedule I and J analysis.  6

B.R. 751 (Bankr. M.D. Fla. 2013); *In re Gordon,* 465 B.r. 683 (Bankr. N.D. Ga. 2012).  The limited research conducted by the Office of the United States Trustee has found no case, directly on point, where a motion to convert under section 706 was filed without first obtaining an extension of time to delay entry of the discharge.[12]

Moreover, *11 U.S.C.§105* empowers the court to issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title.  The United States Trustee has not stood idly by since this case was filed and did nothing.  As more fully set forth in the declaration of Frank M. Cadigan, the Chapter 7 Trustee contacted the Office of the United States Trustee in advance of the first section 341 (a) meeting of creditors and alerted the U.S. Trustee to the issues in this case.  The United States Trustee, although never attending any remote hearings, provided questions for the Chapter 7 trustee to ask at the hearing along with follow up questions for continued hearings.  The Chapter 7 Trustee constantly reported back to the U.S. Trustee with a summary of responses, along with documents that were forwarded to the U.S. Trustee after being sent to the Chapter 7 Trustee by Debtor's counsel.

Although the United States Trustee is sensitive to the Debtor's desire to receive his discharge, there is no immediate prejudice to a delay.  Based upon information and belief, a reason for the Debtor filing a chapter 7 case was to obtain a stay to stop a wage garnishment.  The wage garnishment has been stayed and is likely to remain stayed pending the conclusion of the U.S. Trustee's investigation.  On the other hand, not granting an extension would force litigation over whether a party in interest has standing to file a section 706 motion after a discharge has been entered.

---

[12] In the matter of *Armando C. De La Peza,* Case No.: 2:19-bk-14710-RK the United States Trustee filed a motion to convert case pursuant to section 706.  Debtor questioned the United States Trustee's standing to file such a motion after entry of a discharge.  Prior to the issue being heard by the Court the United States Trustee withdrew the motion.

WHEREFORE, the United States Trustee respectfully requests that the Court extend the deadline for entry of the order of discharge through and including **December 15, 2020,** to allow the United States Trustee to complete his investigation on the merits of filing a motion to convert the current chapter 7 case to a case under chapter 11 pursuant to 11 U.S.C. §706.

DATED:  September 10, 2020

UNITED STATES TRUSTEE
PETER C. ANDERSON


/s/ Frank M. Cadigan
Frank M. Cadigan
Assistant United States Trustee

8

## DECLARATION OF FRANK M. CADIGAN

I, Frank M. Cadigan, declare as follows:

1.  I am the Assistant United States Trustee for the Santa Ana Divisional Office of the United States Trustee Program. I make this declaration upon my own personal knowledge.

2.  The Office of the United States Trustee initiated an investigation into this case beginning at the inception of the filing.

3.  Prior to the initial section 341(a) meeting of creditors, the Office of the United States Trustee was contacted by the Chapter 7 Trustee and informed that the Debtor was a high-income earner, with relatively low debt and questionable deductions.

4.  As is standard practice during the current pandemic, the United States Trustee submitted questions for the Chapter 7 Trustee to ask at the initial section 341(a) meeting and all continued hearings.

5.  Through the Chapter 7 Trustee, the U.S. Trustee requested copies of earning statements and further explanation on deductions taken by the Debtor.

6.  The Debtor has recently amended his Schedule I and J and the amendments are being reviewed.

7.  The United States Trustee intends to conduct discovery and needs additional time to complete his investigation to determine if a motion to convert the current chapter 7 case to a case under chapter 11 is warranted.

///

///

///

9

8.    The United States Trustee believes that the current pandemic and current maximum telework

schedule the Office of the United States Trustee is operating under requires more time to

coordinate discovery which is why the U.S. Trustee seeks an extension through December 15,

2020.

I declare under penalty of perjury that the foregoing it true and correct and if called as a witness I

would and could competently testify thereto.


Executed this 10th day of September 2020 at Santa Ana, California.


**_Frank M. Cadigan_**
Frank M. Cadigan

EXHIBIT "A"

CM/ECF - U.S. Bankruptcy Court (v5.2.1 - LIVE)                    Page 1 of 3

**Repeat-cacb, RepeatPACER**

## U.S. Bankruptcy Court
## Central District of California (Santa Ana)
## Bankruptcy Petition #: 8:20-bk-11560-TA

*Date filed:* 05/30/2020
*341 meeting:* 09/22/2020
*Deadline for objecting to discharge:* 09/14/2020
*Deadline for financial mgmt. course:* 09/14/2020

*Assigned to:* Theodor Albert
Chapter 7
Voluntary
No asset

*Debtor*
**Joe Anthony Santa Maria**
1603 El Rancho Drive
La Habra, CA 90631
ORANGE-CA
SSN / ITIN: xxx-xx-8245

represented by **Nicholas W Gebelt**
15150 Hornell St
Whittier, CA 90604
562-777-9159
Email: ngebelt@goodbye2debt.com

*Trustee*
**Richard A Marshack (TR)**
Marshack Hays LLP
870 Roosevelt
Irvine, CA 92620
949-333-7777

*U.S. Trustee*
**United States Trustee (SA)**
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
(714) 338-3400

| Filing Date | # | Docket Text |
|---|---|---|
| 05/30/2020 | 1 (60 pgs) | Chapter 7 Voluntary Petition for Individuals . Fee Amount $335 Filed by Joe Anthony Santa Maria (Gebelt, Nicholas) (Entered: 05/30/2020) |
| 05/30/2020 | 2 (1 pg) | Certificate of Credit Counseling Filed by Debtor Joe Anthony Santa Maria. (Gebelt, Nicholas) (Entered: 05/30/2020) |
| 05/30/2020 | 3 | Statement About Your Social Security Number (Official Form 121) Filed by Debtor Joe Anthony Santa Maria. (Gebelt, Nicholas) (Entered: 05/30/2020) |

EXHIBIT "A"

CM/ECF - U.S. Bankruptcy Court (v5.2.1 - LIVE)                                    Page 2 of 3

| 05/30/2020 | 4 (7 pgs) | Declaration by Debtor as to Whether Debtor(s) Received Income From an Employer Within 60 Days of Petition (LBR Form F1002-1) Filed by Debtor Joe Anthony Santa Maria. (Gebelt, Nicholas) (Entered: 05/30/2020) |
| 05/30/2020 | | Receipt of Voluntary Petition (Chapter 7)(8:20-bk-11560) [misc,volp7] ( 335.00) Filing Fee. Receipt number 51183429. Fee amount 335.00. (re: Doc# 1) (U.S. Treasury) (Entered: 05/30/2020) |
| 05/30/2020 | 6 (3 pgs) | Meeting of Creditors with 341(a) meeting to be held on 07/14/2020 at 08:00 AM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. Objections for Discharge due by 09/14/2020. Cert. of Financial Management due by 09/14/2020 for Debtor and Joint Debtor (if joint case) (Gebelt, Nicholas) (Entered: 05/30/2020) |
| 05/30/2020 | 5 (2 pgs) | Attorney's Disclosure of Compensation Arrangement in Individual Chapter 7 Case (LBR Form F2090-1) Filed by Debtor Joe Anthony Santa Maria. (Gebelt, Nicholas) (Entered: 05/30/2020) |
| 06/01/2020 | | Notice of Debtor's Prior Filings for debtor Joe Anthony Santa Maria Case Number 12-38879, Chapter 13 filed in California Central Bankruptcy on 08/23/2012 , Dismissed for Other Reason on 07/14/2015; Case Number 15-23990, Chapter 13 filed in California Central Bankruptcy on 09/08/2015 , Dismissed for Other Reason on 10/21/2015. (Admin) (Entered: 06/01/2020) |
| 06/03/2020 | 7 (1 pg) | Renotice 341 Meeting (BNC) 341(a) meeting to be held on 7/14/2020 at 08:00 AM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Corona, Heidi) (Entered: 06/03/2020) |
| 06/03/2020 | 8 (5 pgs) | BNC Certificate of Notice (RE: related document(s)6 Meeting (AutoAssign Chapter 7)) No. of Notices: 5. Notice Date 06/03/2020. (Admin.) (Entered: 06/03/2020) |
| 06/04/2020 | 9 (1 pg) | Personal Financial Management Course Certificate for Debtor 1 (Official Form 423) (Geving, Allison) (Entered: 06/04/2020) |
| 06/05/2020 | 10 (3 pgs) | BNC Certificate of Notice (RE: related document(s)7 Renotice 341 Meeting (BNC)) No. of Notices: 11. Notice Date 06/05/2020. (Admin.) (Entered: 06/05/2020) |
| 07/24/2020 | 11 | |

EXHIBIT "A"

002

| | | |
|---|---|---|
| | | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 7/28/2020 at 09:02 AM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Marshack (TR), Richard) (Entered: 07/24/2020) |
| 07/29/2020 | 12 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 8/18/2020 at 09:02 AM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Marshack (TR), Richard) (Entered: 07/29/2020) |
| 08/25/2020 | 13 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 9/22/2020 at 02:02 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Marshack (TR), Richard) (Entered: 08/25/2020) |
| 09/08/2020 | 14 (6 pgs) | Amended Schedule I Individual: Your Income (Official Form 106I) , Amended Schedule J: Your Expenses (Official Form 106J) Filed by Debtor Joe Anthony Santa Maria. (Gebelt, Nicholas) (Entered: 09/08/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/10/2020 11:36:06 | | | |
| **PACER Login:** | du0130:2740718:4299065 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 8:20-bk-11560-TA Fil or Ent: filed To: 9/10/2020 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

EXHIBIT "B"

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

# Official Form 101

## Voluntary Petition for Individuals Filing for Bankruptcy                04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- |
| **1. Your full name** | | |
| Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Joe**<br>First name | <br>First name |
| | **Anthony**<br>Middle name | <br>Middle name |
| Bring your picture identification to your meeting with the trustee. | **Santa Maria**<br>Last name and Suffix (Sr., Jr., II, III) | <br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-8245 | |

EXHIBIT "B"

004

Case 8:20-bk-11560-TA    Doc 1    Filed 05/30/20    Entered 05/30/20 18:29:53    Desc
Main Document    Page 2 of 60

Debtor 1    **Joe Anthony Santa Maria**                                    Case number *(if known)*

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** | ■ I have not used any business name or EINs. | ☐ I have not used any business name or EINs. |
| Include trade names and *doing business as* names | Business name(s) | Business name(s) |
| | EIN | EIN |

**5.** **Where you live**

About Debtor 1:

1603 El Rancho Drive
La Habra, CA 90631
Number, Street, City, State & ZIP Code

Orange
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

About Debtor 2 (Spouse Only in a Joint Case):

If Debtor 2 lives at a different address:

Number, Street, City, State & ZIP Code

County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

Check one:

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Check one:

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

EXHIBIT "B"    005

Case 8:20-bk-11560-TA    Doc 1    Filed 05/30/20    Entered 05/30/20 18:29:53    Desc
Main Document    Page 3 of 60

Debtor 1    Joe Anthony Santa Maria                                                    Case number *(if known)*

---

## Part 2:    Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

---

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |
| District | When | Case number |

---

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes.

| Debtor | | Relationship to you |
|---|---|---|
| District | When | Case number, if known |
| Debtor | | Relationship to you |
| District | When | Case number, if known |

---

**11. Do you rent your residence?**

☐ No.    Go to line 12.

☑ Yes.    Has your landlord obtained an eviction judgment against you?

- ☑ No. Go to line 12.
- ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

EXHIBIT B

Debtor 1    Joe Anthony Santa Maria _____     Case number *(if known)* _____

## Part 3:    Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

Number, Street, City, State & ZIP Code

Check the appropriate box to describe your business:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4:    Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?

■ No.

☐ Yes.    What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____

Number, Street, City, State & Zip Code

EXHIBIT B

007

Debtor 1    **Joe Anthony Santa Maria**                                        Case number *(if known)*

**Part 5:    Explain Your Efforts to Receive a Briefing About Credit Counseling**

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

EXHIBIT B

Debtor 1  **Joe Anthony Santa Maria**                                      Case number *(if known)*

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16. What kind of debts do you have?**

**16a.** Are your debts primarily consumer debts? *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** Are your debts primarily business debts? *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

■ No. Go to line 16c.

☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

**Tax debt**

---

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

■ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| **Part 7:** | **Sign Below** | ＞ |
|---|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

_____                _____
**Joe Anthony Santa Maria**                                    Signature of Debtor 2
Signature of Debtor 1

Executed on  **May 30, 2020**                             Executed on  _____
            MM / DD / YYYY                                            MM / DD / YYYY

---

EXHIBIT "B"

Case 8:20-bk-11560-TA    Doc 1    Filed 05/30/20    Entered 05/30/20 18:29:53    Desc
Main Document    Page 7 of 60

Debtor 1    **Joe Anthony Santa Maria**    Case number *(if known)*

---

For your attorney, if you are represented by one

If you are not represented by an attorney, you do not need to file this page.

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

*Nicholas Gebelt*    Date    **May 30, 2020**

Signature of Attorney for Debtor    MM / DD / YYYY

**Nicholas Gebelt 217362**
Printed name

**Law Offices of Nicholas Gebelt**
Firm name

**15150 Hornell Street**
**Whittier, CA 90604**
Number, Street, City, State & ZIP Code

Contact phone    **562.777.9159**    Email address    **ngebelt@goodbye2debt.com**

**217362 CA**
Bar number & State

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**2:12-bk-38879-WB Joe Anthony Santa Maria**
**Case type: bk Chapter: 13 Asset: Yes Vol: v Judge: Julia W. Brand**
**Date filed: 08/23/2012 Date of last filing: 11/03/2015**
**Debtor dismissed: 07/14/2015**
**Date terminated: 11/03/2015**

**2:15-bk-23990-SK Joe Anthony Santa Maria**
**Case type: bk Chapter: 13 Asset: Yes Vol: v Judge: Sandra R. Klein**
**Date filed: 09/08/2015 Date of last filing: 07/01/2016**
**Debtor dismissed: 10/21/2015**
**Date terminated: 07/01/2016**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Whittier** , California.

Date:    **May 30, 2020**

Joe Anthony Santa Maria
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*        *Page 1*        **F 1015-2.1.STMT.RELATED.CASES**

EXHIBIT "B"        011

**Fill in this information to identify your case:**

| Debtor 1 | **Joe Anthony Santa Maria** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 106Sum
### Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:   Summarize Your Assets**

| | | Your assets Value of what you own |
|---|---|---|
| 1. | Schedule A/B: Property (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B................ | $ 0.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B.......... | $ 143,059.58 |
| | 1c. Copy line 63, Total of all property on Schedule A/B................ | $ 143,059.58 |

**Part 2:   Summarize Your Liabilities**

| | | Your liabilities Amount you owe |
|---|---|---|
| 2. | Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D... | $ 0.00 |
| 3. | Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.... | $ 121,041.72 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F........... | $ 9,474.00 |
| | Your total liabilities | $ 130,515.72 |

**Part 3:   Summarize Your Income and Expenses**

| | | |
|---|---|---|
| 4. | Schedule I: Your Income (Official Form 106I) Copy your combined monthly income from line 12 of Schedule I........... | $ 7,387.57 |
| 5. | Schedule J: Your Expenses (Official Form 106J) Copy your monthly expenses from line 22c of Schedule J.......... | $ 5,774.00 |

**Part 4:   Answer These Questions for Administrative and Statistical Records**

6. Are you filing for bankruptcy under Chapters 7, 11, or 13?
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. What kind of debt do you have?

   ☐ Your debts are primarily consumer debts. Consumer debts are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

Official Form 106Sum    Summary of Your Assets and Liabilities and Certain Statistical Information    page 1 of 2

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

EXHIBIT B

012

Case 8:20-bk-11560-TA   Doc 1   Filed 05/30/20   Entered 05/30/20 18:29:53   Desc
Main Document      Page 10 of 60

Debtor 1   **Joe Anthony Santa Maria**                                   Case number *(if known)* _____

| | |
|---|---|
| 8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14. | $ |

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 121,041.72 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 121,041.72 |

EXHIBIT "B"                                                   013

Case 8:20-bk-11560-TA    Doc 1    Filed 05/30/20    Entered 05/30/20 18:29:53    Desc
Main Document       Page 11 of 60

Fill in this information to identify your case and this filing:

| Debtor 1 | **Joe Anthony Santa Maria** | | |
| --- | --- | --- | --- |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.

☐ Yes. Where is the property?

**Part 2:**  Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No

☑ Yes

| 3.1 | Make: | **Chevrolet** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| --- | --- | --- | --- | --- | --- |
| | Model: | **Silverado** | ☑ Debtor 1 only | | |
| | Year: | **1995** | ☐ Debtor 2 only | Current value of the entire property? | Current value of the portion you own? |
| | Approximate mileage: | **215,000** | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | Location: 1603 El Rancho Drive, La Habra CA 90631 | | ☐ Check if this is community property (see instructions) | $974.00 | $974.00 |

4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No

☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.................................⇒

$974.00

**Part 3:**  Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

EXHIBIT "B"

014

Case 8:20-bk-11560-TA   Doc 1   Filed 05/30/20   Entered 05/30/20 18:29:53   Desc
Main Document      Page 12 of 60

Debtor 1   Joe Anthony Santa Maria                              Case number (if known)

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

■ Yes. Describe.....

| | |
|---|---|
| Sofa, TV, TV stand, 2 chairs, 2 side tables, mirror, entry table, picture, stool, pillows, knick-knacks, rug, artificial tree, DVD player<br>Location: 1603 El Rancho Drive, La Habra CA 90631 | $200.00 |
| Pots, pans, dishes, glasses, cups, saucers, flatware, cutlery, refrigerator, coffee maker, toaster, blender, crock pot, grill, cooking utensils<br>Location: 1603 El Rancho Drive, La Habra CA 90631 | $200.00 |
| Dining table, 4 chairs, 2 bar stools, rug<br>Location: 1603 El Rancho Drive, La Habra CA 90631 | $50.00 |
| Linens, toiletries<br>Location: 1603 El Rancho Drive, La Habra CA 90631 | $20.00 |
| Bed, night stand, 2 dressers, TV<br>Location: 1603 El Rancho Drive, La Habra CA 90631 | $75.00 |
| Bed, dresser, night stand, lamp, toys, chair, bookcase, rug<br>Location: 1603 El Rancho Drive, La Habra CA 90631 | $20.00 |
| Patio furniture, grill<br>Location: 1603 El Rancho Drive, La Habra CA 90631 | $30.00 |
| Washer, dryer, trash can<br>Location: 1603 El Rancho Drive, La Habra CA 90631 | $200.00 |
| Refrigerator, tools<br>Location: 1603 El Rancho Drive, La Habra CA 90631 | $150.00 |

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

■ Yes. Describe.....

| | |
|---|---|
| Cell phones, iPad, 2 laptops<br>Location: 1603 El Rancho Drive, La Habra CA 90631 | $150.00 |

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

■ No

☐ Yes. Describe.....

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No

Official Form 106A/B                    Schedule A/B: Property                              page 2

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                         Best Case Bankruptcy

EXHIBIT "B"

015

Case 8:20-bk-11560-TA   Doc 1   Filed 05/30/20   Entered 05/30/20 18:29:53   Desc
Main Document        Page 13 of 60

Debtor 1    Joe Anthony Santa Maria                                          Case number *(if known)*_____

☐ Yes. Describe.....

| | |
|---|---|
| Two bicycles, projector, screen, ski gear<br>Location: 1603 El Rancho Drive, La Habra CA 90631 | $150.00 |

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ■ No
   ☐ Yes. Describe.....

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| Man's, boy's clothing:  pants, shirts, shoes, socks, underwear, jackets, sweaters, hats<br>Location: 1603 El Rancho Drive, La Habra CA 90631 | $400.00 |

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| Watches, rings, bracelets, necklaces<br>Location: 1603 El Rancho Drive, La Habra CA 90631 | $200.00 |

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| Dog<br>Location: 1603 El Rancho Drive, La Habra CA 90631 | $10.00 |

**14.** Any other personal and household items you did not already list, including any health aids you did not list
   ■ No
   ☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
   for Part 3. Write that number here ...........................................................................................   | $1,855.00 |

**Part 4:** Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?                 Current value of the
                                                                                              portion you own?.
                                                                                              Do not deduct secured
                                                                                              claims or exemptions.

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ■ Yes..................................................................................................

Official Form 106A/B                           Schedule A/B: Property                              page 3
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                            Best Case Bankruptcy

EXHIBIT "B"

016

Case 8:20-bk-11560-TA    Doc 1    Filed 05/30/20    Entered 05/30/20 18:29:53    Desc
Main Document    Page 14 of 60

Debtor 1    **Joe Anthony Santa Maria**                                          Case number *(if known)* _____

---

|  |  | Cash |  |
|  |  | Location:<br>1603 El<br>Rancho Drive,<br>La Habra CA<br>90631 | **$20.00** |

---

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
■Yes........................    Institution name:

| | | | |
| 17.1. | Checking and<br>savings | **Wescom Credit Union**<br>**Checking:  $ 696.56**<br>**Savings:      $7,239.02**<br>**Total:         ·$7,935.58** | **$7,935.58** |

---

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No
☐ Yes..................    Institution or issuer name:

---

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

■ No

☐ Yes.  Give specific information about them...................
                    Name of entity:                              % of ownership:

---

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No

☐ Yes. Give specific information about them
                    Issuer name:

---

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No

■ Yes. List each account separately,
                    Type of account:               Institution name:

| | | |
| **457** | Debtor has a 457 account that is managed by<br>Voya Fianncial. | **$130,000.00** |

| | | |
| **Pension** | Debtor has an interest in the pension plan of<br>the City of Los Angeles.  As it is a defined<br>benfit plan - as opposed to a defined<br>contribution plan - Debtor does not have a<br>balance. Instead, he will receive a monthly<br>stipend upon retirement. | **Unknown** |

---

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☐ No
■ Yes. .....................    Institution name or individual:

---

Official Form 106A/B                        Schedule A/B: Property                                          page 4
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

EXHIBIT "B"                    017

Debtor 1    Joe Anthony Santa Maria                                                          Case number *(if known)* _____

| | | |
|---|---|---|
| Rental deposit | Security deposit with landlord | $2,275.00 |
| | Linda & David Gabriel | |
| | La Habra, CA | |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ☑ No
   ☐ Yes.............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ☑ No
   ☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ☑ No
   ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ☑ No
   ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ☑ No
   ☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
   ☐ No
   ☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| | | |
|---|---|---|
| Debtor filed his 2019 income tax returns in 04/2020. He was entitled to receive a refund of $1,538 from the IRS, and neither owed, not received a refund from the FTB. The IRS intercepted the refund. | Federal and state | $0.00 |

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ☑ No
   ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
   ☑ No
   ☐ Yes. Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☐ No
   ☑ Yes. Name the insurance company of each policy and list its value.
   Company name:                    Beneficiary:                    Surrender or refund value:

EXHIBIT B

018

Debtor 1    Joe Anthony Santa Maria                                          Case number *(if known)* _____

| | | |
|---|---|---|
| Debtor has two term life insurance policies. As they are term policies, they have no cash value. Debtor is exempting the right to change the beneficiaries with an unknown amount because he cannot accurately ascribe a value to that right. | Debtor's girlfriend, Jennifer Duran, and Debtor's minor son. | Unknown |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ☑ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☑ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☑ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ☑ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.....................................................................................**    $140,230.58

---

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☑ No. Go to Part 6.
    ☐ Yes. Go to line 38.

---

**Part 6:**   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ☑ No. Go to Part 7.
    ☐ Yes. Go to line 47.

---

**Part 7:**   Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☑ No
    ☐ Yes. Give specific information.........

---

54. Add the dollar value of all of your entries from Part 7. Write that number here  ...................................    $0.00

EXHIBIT B

Case 8:20-bk-11560-TA    Doc 1    Filed 05/30/20    Entered 05/30/20 18:29:53    Desc
Main Document    Page 17 of 60

Debtor 1    **Joe Anthony Santa Maria**                                    Case number *(if known)*

| Part 8: | List the Totals of Each Part of this Form | | | |
|---|---|---|---|---|
| 55. | Part 1: Total real estate, line 2 .................................................................................................... | | | $0.00 |
| 56. | Part 2: Total vehicles, line 5 | $974.00 | | |
| 57. | Part 3: Total personal and household items, line 15 | $1,855.00 | | |
| 58. | Part 4: Total financial assets, line 36 | $140,230.58 | | |
| 59. | Part 5: Total business-related property, line 45 | $0.00 | | |
| 60. | Part 6: Total farm- and fishing-related property, line 52 | $0.00 | | |
| 61. | Part 7: Total other property not listed, line 54 | + $0.00 | | |
| 62. | Total personal property. Add lines 56 through 61... | $143,059.58 | Copy personal property total | $143,059.58 |
| 63. | Total of all property on Schedule A/B. Add line 55 + line 62 | | | $143,059.58 |

EXHIBIT "B"                                                                                      020

Case 8:20-bk-11560-TA    Doc 1    Filed 05/30/20    Entered 05/30/20 18:29:53    Desc
Main Document    Page 18 of 60

**Fill in this information to identify your case:**

| Debtor 1 | Joe Anthony Santa Maria | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **1995 Chevrolet Silverado 215,000 miles**<br>Location: 1603 El Rancho Drive, La Habra CA 90631<br>Line from *Schedule A/B*: **3.1** | $974.00 | ☑ | $974.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(2) |
| **Sofa, TV, TV stand, 2 chairs, 2 side tables, mirror, entry table, picture, stool, pillows, knick-knacks, rug, artificial tree, DVD player**<br>Location: 1603 El Rancho Drive, La Habra CA 90631<br>Line from *Schedule A/B*: **6.1** | $200.00 | ☑ | $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| **Pots, pans, dishes, glasses, cups, saucers, flatware, cutlery, refrigerator, coffee maker, toaster, blender, crock pot, grill, cooking utensils**<br>Location: 1603 El Rancho Drive, La Habra CA 90631<br>Line from *Schedule A/B*: **6.2** | $200.00 | ☑ | $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |

Official Form 106C

Schedule C: The Property You Claim as Exempt

page 1 of 4

EXHIBIT B

021

Case 8:20-bk-11560-TA    Doc 1    Filed 05/30/20    Entered 05/30/20 18:29:53    Desc
Main Document    Page 19 of 60

| Debtor 1 | Joe Anthony Santa Maria | | Case number (if known) | |
|---|---|---|---|---|

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own | | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|---|
| | Copy the value from Schedule A/B | | Check only one box for each exemption. | |
| Dining table, 4 chairs, 2 bar stools, rug<br>Location: 1603 El Rancho Drive, La Habra CA 90631<br>Line from *Schedule A/B*: **6.3** | $50.00 | ■<br>☐ | $50.00<br>100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| Linens, toiletries<br>Location: 1603 El Rancho Drive, La Habra CA 90631<br>Line from *Schedule A/B*: **6.4** | $20.00 | ■<br>☐ | $20.00<br>100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| Bed, night stand, 2 dressers, TV<br>Location: 1603 El Rancho Drive, La Habra CA 90631<br>Line from *Schedule A/B*: **6.5** | $75.00 | ■<br>☐ | $75.00<br>100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| Bed, dresser, night stand, lamp, toys, chair, bookcase, rug<br>Location: 1603 El Rancho Drive, La Habra CA 90631<br>Line from *Schedule A/B*: **6.6** | $20.00 | ■<br>☐ | $20.00<br>100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| Patio furniture, grill<br>Location: 1603 El Rancho Drive, La Habra CA 90631<br>Line from *Schedule A/B*: **6.7** | $30.00 | ■<br>☐ | $30.00<br>100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| Washer, dryer, trash can<br>Location: 1603 El Rancho Drive, La Habra CA 90631<br>Line from *Schedule A/B*: **6.8** | $200.00 | ■<br>☐ | $200.00<br>100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| Refrigerator, tools<br>Location: 1603 El Rancho Drive, La Habra CA 90631<br>Line from *Schedule A/B*: **6.9** | $150.00 | ■<br>☐ | $150.00<br>100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| Cell phones, iPad, 2 laptops<br>Location: 1603 El Rancho Drive, La Habra CA 90631<br>Line from *Schedule A/B*: **7.1** | $150.00 | ■<br>☐ | $150.00<br>100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| Two bicycles, projector, screen, ski gear<br>Location: 1603 El Rancho Drive, La Habra CA 90631<br>Line from *Schedule A/B*: **9.1** | $150.00 | ■<br>☐ | $150.00<br>100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| Man's, boy's clothing: pants, shirts, shoes, socks, underwear, jackets, sweaters, hats<br>Location: 1603 El Rancho Drive, La Habra CA 90631<br>Line from *Schedule A/B*: **11.1** | $400.00 | ■<br>☐ | $400.00<br>100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |

EXHIBIT B

022

| Debtor 1   **Joe Anthony Santa María** | | | Case number (if known) |
|---|---|---|---|
| Brief description of the property and line on *Schedule A/B that lists this property* | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Watches, rings, bracelets, necklaces**<br>Location: 1603 El Rancho Drive, La Habra CA 90631<br>Line from *Schedule A/B*: **12.1** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(4) |
| **Dog**<br>Location: 1603 El Rancho Drive, La Habra CA 90631<br>Line from *Schedule A/B*: **13.1** | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| **Cash**<br>Location: 1603 El Rancho Drive, La Habra CA 90631<br>Line from *Schedule A/B*: **16.1** | $20.00 | ■ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Checking and savings: Wescom Credit Union**<br>Checking: $ 696.56<br>Savings: $7,239.02<br>Total: $7,935.58<br>Line from *Schedule A/B*: **17.1** | $7,935.58 | ■ $7,935.58<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **457: Debtor has a 457 account that is managed by Voya Fianncial.**<br>Line from *Schedule A/B*: **21.1** | $130,000.00 | ■ $130,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(10)(E) |
| **Pension: Debtor has an interest in the pension plan of the City of Los Angeles. As it is a defined benfit plan - as opposed to a defined contribution plan - Debtor does not have a balance. Instead, he will receive a monthly stipend upon retirement.**<br>Line from *Schedule A/B*: **21.2** | Unknown | ■ Unknown<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(10)(E) |
| **Rental deposit: Security deposit with landlord**<br>**Linda & David Gabriel**<br>**La Habra, CA**<br>Line from *Schedule A/B*: **22.1** | $2,275.00 | ■ $2,275.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Debtor has two term life insurance policies. As they are term policies, they have no cash value. Debtor is exempting the right to change the beneficiaries with an unknown amount because he cannot accurately ascribe a value to that right.**<br>Beneficiary: De<br>Line from *Schedule A/B*: **31.1** | Unknown | ■ Unknown<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(7) |

Debtor 1    **Joe Anthony Santa Maria**                                    Case number (if known)

3.  **Are you claiming a homestead exemption of more than $170,350?**
    (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

    ■  No

    ☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐  No

        ☐  Yes

EXHIBIT "B"                    024

| Fill in this information to identify your case: | |
|---|---|

| | |
|---|---|
| Debtor 1 | **Joe Anthony Santa Maria** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?

☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Official Form 106D                    Schedule D: Creditors Who Have Claims Secured by Property                    page 1 of 1

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

EXHIBIT "B"

025

Case 8:20-bk-11560-TA   Doc 1   Filed 05/30/20   Entered 05/30/20 18:29:53   Desc
Main Document   Page 23 of 60

**Fill in this information to identify your case:**

| Debtor 1 | Joe Anthony Santa Maria | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List All of Your PRIORITY Unsecured Claims**

1. Do any creditors have priority unsecured claims against you?

   ☐ No. Go to Part 2.

   ■ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **Franchise Tax Board** | Last 4 digits of account number | Debtor' s SSN | | |
| | | | $3,590.04 | $3,590.04 | $0.00 |
| | Priority Creditor's Name | | | | |
| | Bankruptcy | When was the debt incurred?   2017, 2018 | | | |
| | P.O. Box 1468 | | | | |
| | Sacramento, CA 95812-1468 | | | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | | |
| | Who incurred the debt? Check one. | ☐ Contingent | | | |
| | ■ Debtor 1 only | ☐ Unliquidated | | | |
| | ☐ Debtor 2 only | ☐ Disputed | | | |
| | ☐ Debtor 1 and Debtor 2 only | Type of PRIORITY unsecured claim: | | | |
| | ☐ At least one of the debtors and another | ☐ Domestic support obligations | | | |
| | ☐ Check if this claim is for a community debt | ■ Taxes and certain other debts you owe the government | | | |
| | Is the claim subject to offset? | ☐ Claims for death or personal injury while you were intoxicated | | | |
| | ■ No | ☐ Other. Specify _____ | | | |
| | ☐ Yes | **Back income tax** | | | |

31262

EXHIBIT "B"

026

Case 8:20-bk-11560-TA    Doc 1.    Filed 05/30/20    Entered 05/30/20 18:29:53    Desc
Main Document    Page 24 of 60

Debtor 1    **Joe Anthony Santa Maria**    Case number (if known)

---

| 2.2 | **Franchise Tax Board** | Last 4 digits of account number  s SSN | Debtor' | $6,253.72 | $0.00 | $6,253.72 |
|-----|------|------|------|------|------|------|

Priority Creditor's Name
**Bankruptcy**
**P.O. Box 1468**
**Sacramento, CA 95812-1468**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

Type of PRIORITY unsecured claim:

☐ At least one of the debtors and another

☐ Domestic support obligations

☐ Check if this claim is for a  community debt

■ Taxes and certain other debts you owe the government

Is the claim subject to offset?

☐ Claims for death or personal injury while you were intoxicated

■ No

☐ Other, Specify

☐ Yes

When was the debt incurred?    2013

As of the date you file, the claim is: Check all that apply

**Back income tax.  Debtor asserts that this debt
satisfies the three-year, two-year, 240-day rule,
and is therefore dischargeable.**

---

| 2.3 | **Internal Revenue Service** | Last 4 digits of account number  s SSN | Debtor' | $79,241.08 | $0.00 | $79,241.08 |
|-----|------|------|------|------|------|------|

Priority Creditor's Name
**Centralized Insolvency Operation**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

Type of PRIORITY unsecured claim:

☐ At least one of the debtors and another

☐ Domestic support obligations

☐ Check if this claim is for a  community debt

■ Taxes and certain other debts you owe the government

Is the claim subject to offset?

☐ Claims for death or personal injury while you were intoxicated

■ No

☐ Other. Specify

☐ Yes

When was the debt incurred?    2010, 2011, 2013, 2014,
2015, 2016

As of the date you file, the claim is: Check all that apply

**Back income tax.  Debtor asserts that this debt
satisfies the three-year, two-year, 240-day rule,
and is therefore dischargeable.**

---

| 2.4 | **Internal Revenue Service** | Last 4 digits of account number  s SSN | Debtor' | $31,956.88 | $31,956.88 | $0.00 |
|-----|------|------|------|------|------|------|

Priority Creditor's Name
**Centralized Insolvency Operation**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

Type of PRIORITY unsecured claim:

☐ At least one of the debtors and another

☐ Domestic support obligations

☐ Check if this claim is for a  community debt

■ Taxes and certain other debts you owe the government

Is the claim subject to offset?

☐ Claims for death or personal injury while you were intoxicated

■ No

☐ Other. Specify

☐ Yes

When was the debt incurred?    2017

As of the date you file, the claim is: Check all that apply

**Back income tax.**

---

Official Form 106 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 2 of 7

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

# EXHIBIT "B"

027

Case 8:20-bk-11560-TA    Doc 1    Filed 05/30/20    Entered 05/30/20 18:29:53    Desc
Main Document    Page 25 of 60

Debtor 1    **Joe Anthony Santa Maria**                                    Case number (if known)

| 2.5 | **Luisa Delgado** | Last 4 digits of account number  **None** | | $0.00 | $0.00 | $0.00 |

**Priority Creditor's Name**
**10114 Scott Avenue, Apt. 5**
**Whittier, CA 90603**
Number Street City State Zip Code

When was the debt incurred?    **Ongoing**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of PRIORITY unsecured claim:**

☐ At least one of the debtors and another

■ Domestic support obligations

☐ Check if this claim is for a community debt

☐ Taxes and certain other debts you owe the government

Is the claim subject to offset?

☐ Claims for death or personal injury while you were intoxicated

■ No

☐ Other. Specify

☐ Yes

**Child support. Debtor is current on the payments, and has no arrearage.**

---

**Part 2:**    **List All of Your NONPRIORITY Unsecured Claims**

3.  Do any creditors have nonpriority unsecured claims against you?

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

| 4.1 | **Amex** | Last 4 digits of account number    **6493** | | **$5,265.00** |

**Nonpriority Creditor's Name**
**Correspondence/Bankruptcy**
**P.O. Box 981540**
**El Paso, TX 79998**
Number Street City State Zip Code

When was the debt incurred?    **Opened 09/2006  Last use 05/2015**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Check if this claim is for a community debt

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Credit Card**

---

Official Form 106 E/F

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Schedule E/F: Creditors Who Have Unsecured Claims

Page 3 of 7

Best Case Bankruptcy

028

EXHIBIT "B"

Debtor 1   Joe Anthony Santa Maria                                            Case number (if known)

---

**4.2    Credit One Bank**                                                                  **$389.00**
Nonpriority Creditor's Name
Attn: Bankruptcy Department          Opened 11/2016  Last use
P.O. Box 98873                       10/2019
Las Vegas, NV 89193          When was the debt incurred?
Number Street City State Zip Code

Who incurred the debt? Check one.          As of the date you file, the claim is: Check all that apply

■ Debtor 1 only          ☐ Contingent
☐ Debtor 2 only          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only          ☐ Disputed
☐ At least one of the debtors and another          Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community          ☐ Student loans
debt          ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?          report as priority claims
■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes          ■ Other. Specify  **Credit Card**

---

**4.3    Fast Auto Loans Title Loans**                                                      **$2,600.00**
Nonpriority Creditor's Name
1951 W La Habra Blvd.          When was the debt incurred?    2017
La Habra, CA 90631
Number Street City State Zip Code          As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only          ☐ Contingent
☐ Debtor 2 only          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only          ☐ Disputed
☐ At least one of the debtors and another          Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community          ☐ Student loans
debt          ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?          report as priority claims
■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes          ■ Other. Specify  **Personal unsecured loan shark loan**

---

**4.4    Grant & Weber**                                                                    **$86.00**
Nonpriority Creditor's Name
Attn: Bankruptcy          Collection account opened
26610 Agoura Road, Suite 209          08/2016
Calabasas, CA 91302          When was the debt incurred?
Number Street City State Zip Code
          As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only          ☐ Contingent
☐ Debtor 2 only          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only          ☐ Disputed
☐ At least one of the debtors and another          Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community          ☐ Student loans
debt          ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?          report as priority claims
■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts
          Collection agency for Healthcare Partners.
☐ Yes          The original debt was for medical services
          ■ Other. Specify  received in 2015.

---



Case 8:20-bk-11560-TA    Doc 1    Filed 05/30/20    Entered 05/30/20 18:29:53    Desc
Main Document    Page 27 of 60

Debtor 1    Joe Anthony Santa Maria                                    Case number (if known)

| 4.5 | Kohls/Capital One | Last 4 digits of account number | 4091 | | $1,134.00 |

Nonpriority Creditor's Name
**Attn: Credit Administrator**
**P.O. Box 3043**                    When was the debt incurred?    Opened 04/2009  Last use
**Milwaukee, WI 53201**                                             05/2020
Number Street City State Zip Code

Who incurred the debt? Check one.                As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                 ☐ Contingent

☐ Debtor 2 only                                 ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                    ☐ Disputed

☐ At least one of the debtors and another       Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community        ☐ Student loans
debt
Is the claim subject to offset?                 ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                report as priority claims
■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                           ■ Other. Specify  **Charge Account**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address                    On which entry in Part 1 or Part 2 did you list the original creditor?
**American Express**                Line **4.1** of (Check one):      ☐ Part 1: Creditors with Priority Unsecured Claims
**P.O. Box 0001**
**Los Angeles, CA 90096-0001**                                       ■ Part 2: Creditors with Nonpriority Unsecured Claims

                                    Last 4 digits of account number

Name and Address                    On which entry in Part 1 or Part 2 did you list the original creditor?
**American Express**                Line **4.1** of (Check one):      ☐ Part 1: Creditors with Priority Unsecured Claims
**43rd Floor**
**200 Vesey Street**                                                 ■ Part 2: Creditors with Nonpriority Unsecured Claims
**New York, NY 10285**
                                    Last 4 digits of account number

Name and Address                    On which entry in Part 1 or Part 2 did you list the original creditor?
**American Express**                Line **4.1** of (Check one):      ☐ Part 1: Creditors with Priority Unsecured Claims
**P.O. Box 360002**
**Fort Lauderdale, FL 33336-0002**                                   ■ Part 2: Creditors with Nonpriority Unsecured Claims

                                    Last 4 digits of account number

Name and Address                    On which entry in Part 1 or Part 2 did you list the original creditor?
**American Express**                Line **4.1** of (Check one):      ☐ Part 1: Creditors with Priority Unsecured Claims
**P.O. Box 981537**
**El Paso, TX 79998**                                                ■ Part 2: Creditors with Nonpriority Unsecured Claims

                                    Last 4 digits of account number

Name and Address                    On which entry in Part 1 or Part 2 did you list the original creditor?
**American Express**                Line **4.1** of (Check one):      ☐ Part 1: Creditors with Priority Unsecured Claims
**c/o Becket and Lee**
**P.O. Box 3001**                                                    ■ Part 2: Creditors with Nonpriority Unsecured Claims
**Malvern, PA 19355**
                                    Last 4 digits of account number

Name and Address                    On which entry in Part 1 or Part 2 did you list the original creditor?
**American Express**                Line **4.1** of (Check one):      ☐ Part 1: Creditors with Priority Unsecured Claims
**P.O. Box 740640**
**Atlanta, GA 30374-0640**                                           ■ Part 2: Creditors with Nonpriority Unsecured Claims

                                    Last 4 digits of account number

Name and Address                    On which entry in Part 1 or Part 2 did you list the original creditor?
**American Express**                Line **4.1** of (Check one):      ☐ Part 1: Creditors with Priority Unsecured Claims
**Customer Service**
**P.O. Box 981535**                                                  ■ Part 2: Creditors with Nonpriority Unsecured Claims
**El Paso, TX 79998-1535**

Official Form 106 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 5 of 7

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy



EXHIBIT "B"    030

Case 8:20-bk-11560-TA    Doc 1    Filed 05/30/20    Entered 05/30/20 18:29:53    Desc
Main Document    Page 28 of 60

Debtor 1   Joe Anthony Santa Maria _____    Case number (if known) _____

---

| | Last 4 digits of account number | |
|---|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Credit One** | Line **4.2** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims |
| P.O. Box 60500 | | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| City Of Industry, CA 91716-0500 | | |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Credit One Bank** | Line **4.2** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims |
| P.O. Box 98873 | | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Las Vegas, NV 89193 | | |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Credit One Bank** | Line **4.2** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims |
| P.O. Box 60500 | | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| City Of Industry, CA 91716-0500 | | |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Kohl's** | Line **4.5** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims |
| P.O. Box 30510 | | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Los Angeles, CA 90030-0510 | | |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Kohl's** | Line **4.5** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims |
| N54 WI13600 Woodale Drive | | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Menomonee Falls, WI 53051 | | |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Kohl's** | Line **4.5** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims |
| P.O. Box 3115 | | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Milwaukee, WI 53201-3115 | | |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Kohl's** | Line **4.5** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims |
| P.O. Box 3043 | | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Milwaukee, WI 53201-3043 | | |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Kohl's Collections Dept** | Line **4.5** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims |
| P.O. Box 3084 | | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Milwaukee, WI 53201 | | |
| | Last 4 digits of account number | |

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | Domestic support obligations | 6a. | $ 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ 121,041.72 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | Total Priority. Add lines 6a through 6d. | 6e. | $ 121,041.72 |

| | | | | Total Claim |
|---|---|---|---|---|
| Total claims from Part 2 | 6f. | Student loans | 6f. | $ 0.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that | 6g. | $ 0.00 |

EXHIBIT "B"                                                                                                   031

Debtor 1    **Joe Anthony Santa Maria**                                    Case number (if known)

| | | | | | |
|---|---|---|---|---|---|
| 6h. | you did not report as priority claims<br>**Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 | |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 9,474.00 | |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 9,474.00 | |

EXHIBIT "B"                                                                032

**Fill in this information to identify your case:**

| Debtor 1 | **Joe Anthony Santa Maria** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any
additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease.** Then state what each contract or lease is for (for
    example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts
    and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1  **DirecTV**<br>P.O. Box 54000<br>Los Angeles, CA 90054-1000 | One-year cable TV contract, set to expire in 04/2021. |

EXHIBIT "B"

033

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Joe Anthony Santa Maria** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

|     | Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|-----|---|---|
| 3.1 | Name _____ | ☐ Schedule D, line _____ |
|     |                        | ☐ Schedule E/F, line _____ |
|     |                        | ☐ Schedule G, line _____ |
|     | Number   Street        | |
|     | City          State          ZIP Code | |
| 3.2 | Name _____ | ☐ Schedule D, line _____ |
|     |                        | ☐ Schedule E/F, line _____ |
|     |                        | ☐ Schedule G, line _____ |
|     | Number   Street        | |
|     | City          State          ZIP Code | |

Official Form 106H
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Schedule H: Your Codebtors

Page 1 of 1
Best Case Bankruptcy

## EXHIBIT "B"

034

Case 8:20-bk-11560-TA    Doc 1    Filed 05/30/20    Entered 05/30/20 18:29:53    Desc
Main Document    Page 32 of 60

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Joe Anthony Santa Maria** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Employment**

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | | Firefighter | |
| Employer's name | | Los Angeles Fire Department | |
| Employer's address | | 200 N. Main Street<br>16th Floor<br>Los Angeles, CA 90012 | |
| How long employed there? | | 19 years | |

**Part 2:    Give Details About Monthly Income**

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 20,573.91 | $ | N/A |
| 3. | Estimate and list monthly overtime pay. | 3. +$ | 0.00 | +$ | N/A |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 20,573.91 | $ | N/A |

---

EXHIBIT "B"

035

| Debtor 1 | Joe Anthony Santa Maria | | Case number (if known) | | | |

|  |  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | Copy line 4 here | 4. | $ | 20,573.91 | $ | N/A |
| 5. | List all payroll deductions: | | | | |
| | 5a. Tax, Medicare, and Social Security deductions | 5a. | $ | 8,494.68 | $ | N/A |
| | 5b. Mandatory contributions for retirement plans | 5b. | $ | 879.99 | $ | N/A |
| | 5c. Voluntary contributions for retirement plans | 5c. | $ | 389.48 | $ | N/A |
| | 5d. Required repayments of retirement fund loans | 5d. | $ | 891.91 | $ | N/A |
| | 5e. Insurance | 5e. | $ | 587.32 | $ | N/A |
| | 5f. Domestic support obligations | 5f. | $ | 1,810.45 | $ | N/A |
| | 5g. Union dues | 5g. | $ | 132.51 | $ | N/A |
| | 5h. Other deductions. Specify: | 5h.+ | $ | 0.00 | + $ | N/A |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ | 13,186.34 | $ | N/A |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ | 7,387.57 | $ | N/A |
| 8. | List all other income regularly received: | | | | |
| | 8a. Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ | 0.00 | $ | N/A |
| | 8b. Interest and dividends | 8b. | $ | 0.00 | $ | N/A |
| | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ | 0.00 | $ | N/A |
| | 8d. Unemployment compensation | 8d. | $ | 0.00 | $ | N/A |
| | 8e. Social Security | 8e. | $ | 0.00 | $ | N/A |
| | 8f. Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: | 8f. | $ | 0.00 | $ | N/A |
| | 8g. Pension or retirement income | 8g. | $ | 0.00 | $ | N/A |
| | 8h. Other monthly income. Specify: | 8h.+ | $ | 0.00 | + $ | N/A |
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ | 0.00 | $ | N/A |
| 10. | Calculate monthly income. Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ | 7,387.57 | + $ | N/A | = $ | 7,387.57 |

11. State all other regular contributions to the expenses that you list in *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:

| | | 11. | + $ | 0.00 |

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies

| | | 12. | $ | 7,387.57 |
| | | | | Combined monthly income |

13. Do you expect an increase or decrease within the year after you file this form?

■ No.

☐ Yes. Explain:

Schedule I: Your Income

EXHIBIT "B"

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Joe Anthony Santa Maria** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

## Schedule J: Your Expenses                              12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ■ No. Go to line 2.

    ☐ Yes. Does Debtor 2 live in a separate household?

    ☐ No

    ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ☐ No

| Do not list Debtor 1 and Debtor 2. | ■ Yes. | Fill out this information for each dependent............. | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|---|---|
| Do not state the dependents names. | | | | | ☐ No |
| | | | Son | 6 years | ■ Yes |
| | | | | | ☐ No |
| | | | Girlfriend | 45 years | ■ Yes |
| | | | | | ☐ No |
| | | | | | ☐ Yes |
| | | | | | ☐ No |
| | | | | | ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4.  The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4. $ **2,275.00**

If not included in line 4:

| | | | |
|---|---|---|---|
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 50.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 100.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $ | 0.00 |

EXHIBIT B

037

| Debtor 1 | Joe Anthony Santa Maria | | Case number (if known) | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ | 200.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $ | 0.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 399.00 |
| | 6d. Other. Specify: | 6d. | $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ | 1,100.00 |
| 8. | **Childcare and children's education costs** | 8. | $ | 600.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | 150.00 |
| 10. | **Personal care products and services** | 10. | $ | 150.00 |
| 11. | **Medical and dental expenses** | 11. | $ | 100.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | 200.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | 150.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ | 100.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | 15a. | $ | 0.00 |
| | 15b. Health insurance | 15b. | $ | 0.00 |
| | 15c. Vehicle insurance | 15c. | $ | 200.00 |
| | 15d. Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ | 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c. Other. Specify: | 17c. | $ | 0.00 |
| | 17d. Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | $ | 0.00 |
| 20. | Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.* | | | |
| | 20a. Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. Real estate taxes | 20b. | $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other: Specify:** | 21. | +$ | 0.00 |
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | 5,774.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | 5,774.00 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | 7,387.57 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | 5,774.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | 1,613.57 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.    Explain here:

---

Official Form 106J                    Schedule J: Your Expenses                                    page 2

EXHIBIT "B"

038

**Fill in this information to identify your case:**

| Debtor 1 | **Joe Anthony Santa Maria** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒   No

☐   Yes. Name of person _____

Attach *Bankruptcy Petition Preparer's Notice,
Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____

Joe Anthony Santa Maria
Signature of Debtor 1

X _____

Signature of Debtor 2

Date   **May 30, 2020**

Date _____

Official Form 106Dec          **Declaration About an Individual Debtor's Schedules**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# EXHIBIT "B"          039

**Fill in this information to identify your case:**

| Debtor 1 | Joe Anthony Santa Maria | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case
number (if known). Answer every question.

**Part 1:   Give Details About Your Marital Status and Where You Lived Before**

1.   **What is your current marital status?**

☐   Married
■   Not married

2.   **During the last 3 years, have you lived anywhere other than where you live now?**

☐   No
■   Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| 331 Granada Drive
La Habra, CA 90631 | From-To:
03/2013 - 08/2018 | ☐ Same as Debtor 1 | ☐ Same as Debtor 1
From-To: |

3.   **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property
states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■   No
☐   Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4.   **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐   No
■   Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income
Check all that apply. | Gross income
(before deductions and exclusions) | Sources of income
Check all that apply. | Gross income
(before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ■ Wages, commissions, bonuses, tips | $104,880.15 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Official Form 107                    Statement of Financial Affairs for Individuals Filing for Bankruptcy                          page 1
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                       Best Case Bankruptcy

EXHIBIT B

040

Case 8:20-bk-11560-TA    Doc 1    Filed 05/30/20    Entered 05/30/20 18:29:53    Desc
Main Document    Page 38 of 60

Debtor 1   Joe Anthony Santa Maria                                    Case number (if known) _____

| | Debtor 1<br>Sources of income<br>Check all that apply. | Gross income<br>(before deductions and<br>exclusions) | Debtor 2<br>Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions) |
|---|---|---|---|---|
| For last calendar year:<br>(January 1 to December 31, 2019 ) | ■ Wages, commissions,<br>bonuses, tips<br><br>☐ Operating a business | $208,692.00 | ☐ Wages, commissions,<br>bonuses, tips<br><br>☐ Operating a business | |
| For the calendar year before that:<br>(January 1 to December 31, 2018 ) | ■ Wages, commissions,<br>bonuses, tips<br><br>☐ Operating a business | $182,639.00 | ☐ Wages, commissions,<br>bonuses, tips<br><br>☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

■ No
☐ Yes. Fill in the details.

| Debtor 1<br>Sources of income<br>Describe below. | Gross income from<br>each source<br>(before deductions and<br>exclusions) | Debtor 2<br>Sources of income<br>Describe below. | Gross income<br>(before deductions<br>and exclusions) |
|---|---|---|---|

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■ No.   Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

■ No.   Go to line 7.

☐ Yes   List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.   Debtor 1 or Debtor 2 or both have primarily consumer debts.
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.   Go to line 7.

☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

EXHIBIT "B"                    041

Case 8:20-bk-11560-TA   Doc 1   Filed 05/30/20   Entered 05/30/20 18:29:53   Desc
Main Document   Page 39 of 60

Debtor 1   Joe Anthony Santa Maria                              Case number (if known) _____

---

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider.

   | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
   |---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ■ No
   ☐ Yes. List all payments to an insider

   | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
   |---|---|---|---|---|

---

**Part 4:   Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

   | Case title Case number | Nature of the case | Court or agency | Status of the case |
   |---|---|---|---|
   | Unknown Plaintiff vs Unknown Defendant 1523990SRK | BankruptcyChapter13 | US BKPT CT CA L A | ☐ Pending ☐ On appeal ☐ Concluded |

   Dismissed - 0.00

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☐ No. Go to line 11.
    ■ Yes. Fill in the information below.

   | Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
   |---|---|---|---|
   | Franchise Tax Board Bankruptcy P.O. Box 1468 Sacramento, CA 95812-1468 | The FTB has garnished each of Debtor's paychecks for the last three years.  Thus far in 2020, the FTB has taken $3,951.52; and in 2019 it took $3,718. | Every two weeks | $7,669.52 |

   ☐ Property was repossessed.
   ☐ Property was foreclosed.
   ■ Property was garnished.
   ☐ Property was attached, seized or levied

---

EXHIBIT "B"

042

Case 8:20-bk-11560-TA    Doc 1    Filed 05/30/20    Entered 05/30/20 18:29:53    Desc
Main Document    Page 40 of 60

Debtor 1    Joe Anthony Santa Maria                                      Case number (if known) _____

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| Luisa Delgado<br>10114 Scott Avenue, Apt. 5<br>Whittier, CA 90603 | Ms. Delgado garnishes each paycheck for child support. Thus far in 2020 she has taken $9,071.74; and in 2019 she took $19,408.18. | Every two weeks | $28,479.92 |
| | ☐ Property was repossessed.<br>☐ Property was foreclosed.<br>■ Property was garnished.<br>☐ Property was attached, seized or levied. | | |

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

■ No
☐ Yes

## Part 5:    List Certain Gifts and Contributions

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

## Part 6:    List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

■ No
☐ Yes. Fill in the details:

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of Schedule A/B: Property. | Date of your loss | Value of property lost |
|---|---|---|---|

EXHIBIT B    043

Case 8:20-bk-11560-TA   Doc 1   Filed 05/30/20   Entered 05/30/20 18:29:53   Desc
Main Document      Page 41 of 60

Debtor 1   **Joe Anthony Santa Maria**                          Case number (if known) _____

---

**Part 7:   List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐  No
■  Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Law Offices of Nicholas Gebelt<br>15150 Hornell Street<br>Whittier, CA 90604<br>ngebelt@goodbye2debt.com | $2,625 | Payments were made on 07/09/2019, 05/15/2019 | $2,625.00 |
| Abacus Credit Counseling<br>3413 Alginet Drive<br>Encino, CA 91436<br>www.abacuscc.org | $25 | 05/30/2020 | $25.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■  No
☐  Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■  No
☐  Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■  No
☐  Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

---

EXHIBIT "B"

044

Debtor 1    Joe Anthony Santa Maria _____    Case number (if known) _____

---

**Part 8:    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☐ No
■ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| Public Storage 999 E. Lambert Road La Habra, CA 90631 | Debtor has access to the locker, and Debtor's girlfriend, Jennifer Duran, does too. Ms. Duran lives with Debtor. | Personal effects, framed family photographs, holiday decorations. | ☐ No ■ Yes |

---

**Part 9:    Identify Property You Hold or Control for Someone Else**

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

■ No
☐ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

---

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

---

EXHIBIT "B" /Mrd

045

Debtor 1    **Joe Anthony Santa Maria**                                    Case number (if known) _____

---

24.  Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■ No
☐ Yes. Fill in the details.

| Name of site | Governmental unit | Environmental law, if you | Date of notice |
|---|---|---|---|
| Address (Number, Street, City, State and ZIP Code) | Address (Number, Street, City, State and ZIP Code) | know it | |

25.  Have you notified any governmental unit of any release of hazardous material?

■ No
☐ Yes. Fill in the details.

| Name of site | Governmental unit | Environmental law, if you | Date of notice |
|---|---|---|---|
| Address (Number, Street, City and ZIP Code) | Address (Number, Street, City, State and ZIP Code) | know it | |

26.  Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No
☐ Yes. Fill in the details.

| Case Title | Court or agency | Nature of the case | Status of the |
|---|---|---|---|
| Case Number | Name | | case |
| | Address (Number, Street, City, State and ZIP Code) | | |

---

**Part 11:    Give Details About Your Business or Connections to Any Business**

27.  Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

  ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

  ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

  ☐ A partner in a partnership

  ☐ An officer, director, or managing executive of a corporation

  ☐ An owner of at least 5% of the voting or equity securities of a corporation

■ No. None of the above applies. Go to Part 12.
☐ Yes. Check all that apply above and fill in the details below for each business.

| Business Name | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Address | | Do not include Social Security number or ITIN. |
| (Number, Street, City, State and ZIP Code) | Name of accountant or bookkeeper | |
| | | Dates business existed |

28.  Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

■ No
☐ Yes. Fill in the details below.

| Name | Date Issued |
|---|---|
| Address | |
| (Number, Street, City, State and ZIP Code) | |

---

**EXHIBIT "B"**

Debtor 1    **Joe Anthony Santa Maria**                                    Case number *(if known)* _____

---

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers
are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection
with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____                    _____
**Joe Anthony Santa Maria**                                 **Signature of Debtor 2**
**Signature of Debtor 1**

Date    **May 30, 2020** _____                    Date    _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
☑ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
☑ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

EXHIBIT "B"                                    047

**Fill in this information to identify your case:**

| Debtor 1 | Joe Anthony Santa Maria | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7        12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: <br><br> Description of property securing debt: | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ No <br><br> ☐ Yes |
| Creditor's name: <br><br> Description of property securing debt: | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ No <br><br> ☐ Yes |
| Creditor's name: <br><br> Description of property securing debt: | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ No <br><br> ☐ Yes |
| Creditor's | ☐ Surrender the property. | ☐ No |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

EXHIBIT B

048

Debtor 1   **Joe Anthony Santa Maria**                                   Case number *(if known)*

| name: | ☐ Retain the property and redeem it. | ☐ Yes |
| Description of property securing debt: | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | |
| | ☐ Retain the property and [explain]: | |

---

**Part 2:    List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
| --- | --- |
| Lessor's name:   **DirecTV** | ☐ No |
| | ■ Yes |
| Description of leased Property:   One-year cable TV contract, set to expire in 04/2021. | |

---

**Part 3:    Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X _____    X _____
Joe Anthony Santa Maria                              Signature of Debtor 2
Signature of Debtor 1

Date    **May 30, 2020**                              Date _____

EXHIBIT "B"                              049

## Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

**You are an individual filing for bankruptcy,** and

**Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan
            for family farmers or
            fishermen

Chapter 13 - Voluntary repayment plan
            for individuals with regular
            income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

EXHIBIT "B"

050

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

EXHIBIT "B"

### Read These Important Warnings

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

---

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html
.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

---

EXHIBIT "B"

053

Case 8:20-bk-11560-TA    Doc 1    Filed 05/30/20    Entered 05/30/20 18:29:53    Desc
Main Document       Page 51 of 60

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### Central District of California

In re  **Joe Anthony Santa Maria**

Debtor(s)

Case No. _____

Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 2,625.00 |
| Prior to the filing of this statement I have received | $ | 2,625.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ☑ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor      ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 30, 2020**
Date

*Nicholas Gebelt*

**Nicholas Gebelt 217362**
*Signature of Attorney*
**Law Offices of Nicholas Gebelt**
**15150 Hornell Street**
**Whittier, CA 90604**
**562.777.9159   Fax: 562.946.1365**
**ngebelt@goodbye2debt.com**
*Name of law firm*

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

EXHIBIT "B"

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|
| **Debtor 1**     Joe Anthony Santa Maria | ■ 1. There is no presumption of abuse |
| **Debtor 2**<br>(Spouse, if filing) | ☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2). |
| United States Bankruptcy Court for the:   Central District of California | |
| **Case number**<br>(if known) | ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later. |
| | ☐ Check if this is an amended filing |

## Official Form 122A – 1
# Chapter 7 Statement of Your Current Monthly Income
04/20

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

**Part 1:**    Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

    ☐ **Not married.** Fill out Column A, lines 2-11.

    ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

    ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

       ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

       ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill **in the average monthly income** that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ | $ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ | $ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ | $ |
| 5. **Net income from operating a business, profession, or farm** | | |

       **Debtor 1**

| | | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ | | |
| Ordinary and necessary operating expenses | –$ | | |
| Net monthly income from a business, profession, or farm $ | | Copy here –> $ | $ |

6. **Net income from rental and other real property**

       **Debtor 1**

| | | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ | | |
| Ordinary and necessary operating expenses | –$ | | |
| Net monthly income from rental or other real property $ | | Copy here –> $ | $ |

| 7. **Interest, dividends, and royalties** | $ | $ |
|---|---|---|



EXHIBIT B

055

Case 8:20-bk-11560-TA   Doc 1   Filed 05/30/20   Entered 05/30/20 18:29:53   Desc
Main Document      Page 53 of 60

Debtor 1    **Joe Anthony Santa Maria**                                    Case number (if known) _____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

8. **Unemployment compensation**                                            $ _____   $ _____

Do not enter the amount if you contend that the amount received was a benefit under
the Social Security Act. Instead, list it here:

For you ........................................................... $ _____

For your spouse ............................................... $ _____

9. **Pension or retirement income.** Do not include any amount received that was a
benefit under the Social Security Act. Also, except as stated in the next sentence, do
not include any compensation, pension, pay, annuity, or allowance paid by the
United States Government in connection with a disability, combat-related injury or
disability, or death of a member of the uniformed services. If you received any retired
pay paid under chapter 61 of title 10, then include that pay only to the extent that it
does not exceed the amount of retired pay to which you would otherwise be entitled
if retired under any provision of title 10 other than chapter 61 of that title.          $ _____   $ _____

10. **Income from all other sources not listed above.** Specify the source and amount.
Do not include any benefits received under the Social Security Act; payments made
under the Federal law relating to the national emergency declared by the President
under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the
coronavirus disease 2019 (COVID-19); payments received as a victim of a war
crime, a crime against humanity, or international or domestic terrorism; or
compensation  pension, pay, annuity, or allowance paid by the United States
Government in connection with a disability, combat-related injury or disability, or
death of a member of the uniformed services. If necessary, list other sources on a
separate page and put the total below..

_____                    $ _____   $ _____

_____                    $ _____   $ _____

Total amounts from separate pages, if any.         + $ _____   $ _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for
each column. Then add the total for Column A to the total for Column B.    $ _____ + $ _____ = $ _____

Total current monthly
income

| **Part 2:** | **Determine Whether the Means Test Applies to You** |
|---|---|

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 ................................ Copy line 11 here=>    $ _____

Multiply by 12 (the number of months in a year)                                              x 12

12b. The result is your annual income for this part of the form                        12b.  $ _____

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.                                         [_____]

Fill in the number of people in your household.                              [_____]

Fill in the median family income for your state and size of household.                    13.  $ _____
To find a list of applicable median income amounts, go online using the link specified in the separate instructions
for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a.  ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
         Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b.  ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
         Go to Part 3 and fill out Form 122A-2.

| **Part 3:** | **Sign Below** |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X _____
   Joe Anthony Santa Maria

Official Form 122A-1          **Chapter 7 Statement of Your Current Monthly Income**          page 2

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

EXHIBIT "B"                                                                      056

Debtor 1    **Joe Anthony Santa Maria**                                          Case number (if known) _____

| Signature of Debtor 1 |

Date  **May 30, 2020**
      MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

Official Form 122A-1                    Chapter 7 Statement of Your Current Monthly Income                    page 3
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

EXHIBIT "B"

057

**Fill in this information to identify your case:**

Debtor 1    **Joe Anthony Santa Maria**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Central District of California

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 122A - 1Supp
## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)    12/15

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

### Part 1    Identify the Kind of Debts You Have

1. Are your debts primarily consumer debts? *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

   ☑ No.  Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse*, and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes.  Go to Part 2.

### Part 2:    Determine Whether Military Service Provisions Apply to You

2. Are you a disabled veteran (as defined in 38 U.S.C. § 3741(1))?

   ☐ No.  Go to line 3.

   ☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ No.   Go to line 3.

      ☐ Yes.  Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse*, and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. Are you or have you been a Reservist or member of the National Guard?

   ☐ No.  Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.  Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ No.   Complete Form 122A-1. Do not submit this supplement.

      ☐ Yes.  Check any one of the following categories that applies:

         ☐ I was called to active duty after September 11, 2001, for at least 90 days and remain on active duty.

         ☐ I was called to active duty after September 11, 2001, for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

         ☐ I am performing a homeland defense activity for at least 90 days.

         ☐ I performed a homeland defense activity for at least 90 days, ending on _____, which is fewer than 540 days before I file this bankruptcy case.

> If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now*, and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
>
> If your exclusion period ends before your case is closed, you may have to file an amended form later.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Nicholas Gebelt 217362<br>15150 Hornell Street<br>Whittier, CA 90604<br>562.777.9159 Fax: 562.946.1365<br>California State Bar Number: 217362 CA<br>ngebelt@goodbye2debt.com | |

☐ Debtor(s) appearing without an attorney

■ Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Joe Anthony Santa Maria | CASE NO.:<br>CHAPTER: 7 |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>[LBR 1007-1(a)] |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __4__ sheet(s) is complete, correct and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  May 30, 2020

Signature of Debtor 1

Date:  _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  May 30, 2020

Nicholas Gebelt

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015

**F 1007-1.MAILING.LIST.VERIFICATION**

EXHIBIT "B"

059

Joe Anthony Santa Maria
1603 El Rancho Drive
La Habra, CA 90631


Nicholas Gebelt
Law Offices of Nicholas Gebelt
15150 Hornell Street
Whittier, CA 90604


American Express
P.O. Box 0001
Los Angeles, CA 90096-0001


American Express
Customer Service
P.O. Box 981535
El Paso, TX 79998-1535


American Express
P.O. Box 740640
Atlanta, GA 30374-0640


American Express
c/o Becket and Lee
P.O. Box 3001
Malvern, PA 19355


American Express
P.O. Box 981537
El Paso, TX 79998


American Express
P.O. Box 360002
Fort Lauderdale, FL 33336-0002

EXHIBIT "B"

060

American Express
43rd Floor
200 Vesey Street
New York, NY 10285


Amex
Correspondence/Bankruptcy
P.O. Box 981540
El Paso, TX 79998


Credit One
P.O. Box 60500
City Of Industry, CA 91716-0500


Credit One Bank
Attn: Bankruptcy Department
P.O. Box 98873
Las Vegas, NV 89193


Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193


Credit One Bank
P.O. Box 60500
City Of Industry, CA 91716-0500


Fast Auto Loans Title Loans
1951 W La Habra Blvd.
La Habra, CA 90631


Franchise Tax Board
Bankruptcy
P.O. Box 1468
Sacramento, CA 95812-1468

EXHIBIT "B"

061

Grant & Weber
Attn: Bankruptcy
26610 Agoura Road, Suite 209
Calabasas, CA 91302


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


Kohl's
P.O. Box 30510
Los Angeles, CA 90030-0510


Kohl's
P.O. Box 3043
Milwaukee, WI 53201-3043


Kohl's
P.O. Box 3115
Milwaukee, WI 53201-3115


Kohl's
N54 WI13600 Woodale Drive
Menomonee Falls, WI 53051


Kohl's Collections Dept
P.O. Box 3084
Milwaukee, WI 53201


Kohls/Capital One
Attn: Credit Administrator
P.O. Box 3043
Milwaukee, WI 53201

EXHIBIT "B"                    062

Luisa Delgado
10114 Scott Avenue, Apt. 5
Whittier, CA 90603

EXHIBIT "B"                    063

EXHIBIT "C"

Case 8:20-bk-11560-TA    Doc 14    Filed 09/08/20    Entered 09/08/20 11:31:06    Desc
Main Document    Page 1 of 6

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

FOR COURT USE ONLY

**Nicholas Gebelt 217362**
**15150 Hornell Street**
**Whittier, CA 90604**
Tel.:     562.777.9159
Fax:      562.946.1365
SBN:      217362 CA
Email:    ngebelt@goodbye2debt.com

☐ Individual appearing without attorney
✓ Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

Joe Anthony Santa Maria

CASE NO.: **8:20-bk-11560-TA**

CHAPTER: **7**

**SUMMARY OF AMENDED SCHEDULES,
MASTER MAILING LIST,
AND/OR STATEMENTS
[LBR 1007-1(c)]**

Debtor(s)

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added?    Yes ✓ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

| | | | | |
|---|---|---|---|---|
| Schedule A/B | Schedule C | Schedule D | Schedule E/F | Schedule G |
| Schedule H | ✓ Schedule I | ✓ Schedule J | Schedule J-2 | Statement of Financial Affairs |
| Statement About Your Social Security Number(s) | | Statement of Intentions | | Master Mailing List |

Other (specify)

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:      September 8 , 2020

Joe Anthony Santa Maria
Debtor 1 Signature

Debtor 2 (Joint Debtor) Signature (if applicable)

NOTE: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

EXHIBIT "C"                                                                                061

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**15150 Hornell Street**
**Whittier, CA 90604**

A true and correct copy of the foregoing document entitled (*specify*):  __**Summary of Amended Schedules, Master**__
**Mailing List, and or Statements**   will be served or was served **(a)** on the judge in chambers in the form and manner
required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On
(*date*) **09/08/2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

**Nicholas W Gebelt on behalf of Debtor Joe Anthony Santa Maria**
**ngebelt@goodbye2debt.com**

**Richard A Marshack (TR)**
**pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com**

**United States Trustee (SA)**
**ustpregion16.sa.ecf@usdoj.gov**

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) ____, I served the following persons and/or entities at the last known
addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed
envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here
constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____, I served the following
persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service
method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal
delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 8, 2020 | Nicholas Gebelt 217362 | /s/ Nicholas Gebelt |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    Page 2                         F 1007-1.1.AMENDED.SUMMARY

EXHIBIT "C"                                                                        062

Case 8:20-bk-11560-TA    Doc 14    Filed 09/08/20    Entered 09/08/20 11:31:06    Desc
Main Document        Page 3 of 6

---

**Fill in this information to identify your case:**

Debtor 1    **Joe Anthony Santa Maria**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number    **8:20-bk-11560**
(if known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

MM / DD/ YYYY

## Official Form 106I

### Schedule I: Your Income                                                                    12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Employment**

1. **Fill in your employment information.**

|  | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Include part-time, seasonal, or self-employed work. | Occupation | Firefighter | |
| | Employer's name | Los Angeles Fire Department | |
| Occupation may include student or homemaker, if it applies. | Employer's address | 200 N. Main Street<br>16th Floor<br>Los Angeles, CA 90012 | |
| | How long employed there? | 19 years | |

**Part 2:    Give Details About Monthly Income**

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $    9,888.26 | $    N/A |
| 3. | Estimate and list monthly overtime pay. | 3. | +$    10,685.68 | +$    N/A |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $    20,573.94 | $    N/A |

---

EXHIBIT "C"

Case 8:20-bk-11560-TA    Doc 14    Filed 09/08/20    Entered 09/08/20 11:31:06    Desc
Main Document        Page 4 of 6

| Debtor 1 | Joe Anthony Santa Maria | | | Case number (if known) | 8:20-bk-11560 |
|---|---|---|---|---|---|

| | | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|---|
| | Copy line 4 here | | 4. | $ 20,573.94 | $ N/A |
| 5. | List all payroll deductions: | | | | |
| | 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 8,494.68 | $ N/A |
| | 5b. | Mandatory contributions for retirement plans | 5b. | $ 879.99 | $ N/A |
| | 5c. | Voluntary contributions for retirement plans | 5c. | $ 389.48 | $ N/A |
| | 5d. | Required repayments of retirement fund loans | 5d. | $ 891.91 | $ N/A |
| | 5e. | Insurance | 5e. | $ 587.32 | $ N/A |
| | 5f. | Domestic support obligations | 5f. | $ 1,810.45 | $ N/A |
| | 5g. | Union dues | 5g. | $ 132.51 | $ N/A |
| | 5h. | Other deductions. Specify: | 5h.+ | $ 0.00 + | $ N/A |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | | 6. | $ 13,186.34 | $ N/A |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | | 7. | $ 7,387.60 | $ N/A |
| 8. | List all other income regularly received: | | | | |
| | 8a. | Net income from rental property and from operating a business, profession, or farm Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| | 8b. | Interest and dividends | 8b. | $ 0.00 | $ N/A |
| | 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| | 8d. | Unemployment compensation | 8d. | $ 0.00 | $ N/A |
| | 8e. | Social Security | 8e. | $ 0.00 | $ N/A |
| | 8f. | Other government assistance that you regularly receive Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ N/A |
| | 8g. | Pension or retirement income | 8g. | $ 0.00 | $ N/A |
| | 8h. | Other monthly income. Specify: | 8h.+ | $ 0.00 + | $ N/A |
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | | 9. | $ 0.00 | $ N/A |
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | | 10. | $ 7,387.60 + $ N/A | = $ 7,387.60 |

11. State all other regular contributions to the expenses that you list in *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:                                                                                              11. +$        0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies                                                12. $ 7,387.60

Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
☐ No.
☑ Yes. Explain: | Debtor's employer recently stated that it will greatly reduce overtime due to a reduction in tax revenues. He therefore anticipates that his overtime will drop in the next couple of months. He cannot be more precise until that happens.

EXHIBIT "C"                    064

**Fill in this information to identify your case:**

Debtor 1 **Joe Anthony Santa Maria**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number **8:20-bk-11560**
(If known)

Check if this is:
■ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
MM / DD / YYYY

# Official Form 106J

## Schedule J: Your Expenses

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Describe Your Household

1. **Is this a joint case?**

■ No. Go to line 2.
☐ Yes. **Does Debtor 2 live in a separate household?**
☐ No
☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☐ No

Do not list Debtor 1 and Debtor 2. ■ Yes. Fill out this information for each dependent..............

Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 6 years | ☐ No ■ Yes |
| Girlfriend | 45 years | ☐ No ■ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?** ■ No ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | | Your expenses |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 2,275.00 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. | $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $ 50.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $ 100.00 |
| 4d. | Homeowner's association or condominium dues | 4d. | $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | $ 0.00 |

EXHIBIT "C" 065

Case 8:20-bk-11560-TA   Doc 14   Filed 09/08/20   Entered 09/08/20 11:31:06   Desc
Main Document      Page 6 of 6

| Debtor 1 | Joe Anthony Santa Maria | Case number (if known) | 8:20-bk-11560 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 6. | Utilities: | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | 200.00 |
| | 6b. Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 399.00 |
| | 6d. Other. Specify: | 6d. $ | 0.00 |
| 7. | Food and housekeeping supplies | 7. $ | 1,100.00 |
| 8. | Childcare and children's education costs | 8. $ | 600.00 |
| 9. | Clothing, laundry, and dry cleaning | 9. $ | 150.00 |
| 10. | Personal care products and services | 10. $ | 150.00 |
| 11. | Medical and dental expenses | 11. $ | 100.00 |
| 12. | Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 200.00 |
| 13. | Entertainment, clubs, recreation, newspapers, magazines, and books | 13. $ | 150.00 |
| 14. | Charitable contributions and religious donations | 14. $ | 100.00 |
| 15. | Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | 0.00 |
| | 15b. Health insurance | 15b. $ | 0.00 |
| | 15c. Vehicle insurance | 15c. $ | 200.00 |
| | 15d. Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. | | |
| | Specify: Priority taxes to the IRS, over 60 months | 16. $ | 523.61 |
| | Specify: Priority taxes to the FTB, over 60 months | $ | 59.83 |
| 17. | Installment or lease payments: | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | 500.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. Other. Specify: | 17c. $ | 0.00 |
| | 17d. Other. Specify: | 17d. $ | 0.00 |
| 18. | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I). | 18. $ | 0.00 |
| 19. | Other payments you make to support others who do not live with you. Specify: | 19. $ | 0.00 |
| 20. | Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income. | | |
| | 20a. Mortgages on other property | 20a. $ | 0.00 |
| | 20b. Real estate taxes | 20b. $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | Other: Specify: | 21. +$ | 0.00 |
| 22. | Calculate your monthly expenses | | |
| | 22a. Add lines 4 through 21. | $ | 6,857.44 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 6,857.44 |
| 23. | Calculate your monthly net income. | | |
| | 23a. Copy line 12 (your combined monthly income) from Schedule I. | 23a. $ | 7,387.60 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 6,857.44 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. $ | 530.16 |

24. Do you expect an increase or decrease in your expenses within the year after you file this form?
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes.   Explain here: As disclosed in Schedule A/B, Debtor's sole vehicle is a 1995 Siverado with more than 215,000 miles on it. He will therefore need a new vehicle very soon. He estimates that the payments on that vehicle will be approximately $500 per month, which he has entered in line 17(a). As disclosed in Schedule E/F, Debtor owes $31,956.88 in priority taxes to the IRS, and $3,590.04 in priority taxes to the FTB. He has divided those nondischargeable amounts by 60 in line 16.

EXHIBIT "C"

066

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
OFFICE OF THE U.S. TRUSTEE, 411 West 4th St., #7160 Santa Ana, CA  92701

A true and correct copy of the foregoing document entitled **UNITED STATES TRUSTEE'S MOTION TO DELAY ENTRY OF DISCHARGE AND TO EXTEND TIME TO FILE A MOTION TO CONVERT CASE TO A CASE UNDER CHAPTER 11 TO DECEMBER 15, 2020 UNDER AND PURSUANT TO 11 U.S.C.§706** will be served in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **SEPTEMBER 11, 2020,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated Below:

- Nicholas W Gebelt    ngebelt@goodbye2debt.com
- Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**2.  I SERVED BY UNITED STATES MAIL**:  On **SEPTEMBER 11, 2020,** I will be served on the persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed

**Joe Anthony Santa Maria**
1603 El Rancho Drive
La Habra, CA 90631

**3.  PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR**  (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **SEPTEMBER 11, 2020,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| 09/11/20 | Tari King | /s/ Tari King |
|----------|-----------|---------------|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**

Peter C. Anderson
United States Trustee
Frank Cadigan, SBN 95666
Assistant U.S. Trustee
Office of the U.S. Trustee
411 West Fourth Street, Suite 7160
Santa Ana, CA 92701-8000
Tel: 714-338-3400
Fax: 714-338-3421
Frank.Cadigan@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re | CASE NUMBER: 8:20-bk-11560-TA |
| Debtor. | CHAPTER 7 |
| | NOTICE OF HEARING |

TO THE CREDITORS AND OTHER INTERESTED PARTIES:

NOTICE IS HERBY GIVEN that a hearing in this case will be held in Courtroom **"5B",** United States Bankruptcy Court, 411 West Fourth Street, Ronald Reagan Federal Building & United States Courthouse, Santa Ana, California 92701, on **October 13**, **2020 at 11:00 a.m.** to consider and act upon the following:

**UNITED STATES TRUSTEE'S NOTICE OF MOTION AND MOTION TO DELAY ENTRY OF DISCHARGE AND TO EXTEND TIME TO FILE A MOTION TO CONVERT CASE TO A CASE UNDER CHAPTER 11 TO DECEMBER 15, 2020 UNDER AND PURSUANT TO 11 U.S.C.§706**

Objections, if any, to the above shall be in writing and filed with the Court and served upon the court party named in the upper left-hand corner of this notice at least fourteen (14) days prior to the hearing date. See Local Bankruptcy Rule 9013-1(f)&(h)

DATED: September 11, 2020

KATHLEEN J. CAMPBELL
Clerk of Court