TRACY L. WILKISON
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
NAJAH J. SHARIFF (SBN 201216)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2534
    Facsimile: (213) 894-0115
    E-mail: Najah.shariff@usdoj.gov

Attorneys for United States of America

# UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>JOE ANTHONY SANTA MARIA,<br><br>           Debtor. | Case No. 8:20-bk-11560-TA<br><br>Chapter 7<br><br>NOTICE OF ERRATA RE: UNITED STATES' NOTICE OF MOTION AND MOTION TO DELAY ENTRY OF DISCHARGE FROM JANUARY 15, 2021, TO MARCH 15, 2021 TO PRESERVE STANDING TO FILE A MOTION TO CONVERT CASE FROM CHAPTER 7 TO A CASE UNDER CHAPTER 11 PURSUANT TO 11 U.S.C. § 706<br><br>Hearing Date:    February 9, 2021<br>Hearing Time:    11:00 a.m.<br>                      Courtroom 5B<br>                      411 W. Fourth Street<br>                      Santa Ana, CA 92701 |

At the Court's request, THE UNITED STATES OF AMERICA (hereinafter "United States"), on behalf of its agency, the INTERNAL REVENUE SERVICE (hereinafter "IRS"), submits this Notice of Errata Re: United States' Notice of Motion and Motion to Delay the Entry of Discharge from January 15, 2021, to March 15, 2021, to Preserve Standing to File a Motion to Convert Case from Chapter 7 to a Case under Chapter 11 pursuant to U.S.C. § 706 (hereinafter "Motion") filed on Friday

1

1 | January 15, 2021, at Document No. 35.

2 | By this Notice of Errata, the United States corrects the caption page of its Motion, which should

3 | correctly state "United States Bankruptcy Court" instead of United States District Court.

Respectfully Submitted,

TRACY L. WILKISON
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

Date: January 19, 2021          _/s/_Najah J. Shariff_____
NAJAH J. SHARIFF
Assistant United States Attorney
Attorneys for the UNITED STATES OF AMERICA

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
300 N. Los Angeles Street, Room 7211
Los Angeles, CA 90012

A true and correct copy of the foregoing document entitled (*specify*): <u>Notice of Errata Re: United States' Notice of Motion and Motion to Delay Entry of Discharge From January 15, 2021 to March 15, 2021 to Preserve Standing to File a Motion to Convert Case From Chapter 7 to a Case Under Chapter 11 Pursuant to 11 U.S.C. § 706;</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in <u>the</u> manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __01/19/2021,__ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __01/20/2021__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Pursuant to Chief Judge Maureen A. Tighe's Revised Interim Procedures Re: COVID 19, a Judge's Copy of the Notice is not being served on Judge Theodore C. Albert chambers, as required under LBR 5005-2(d).

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/19/2021 | Barbara Le | *[signature]* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

**PROOF OF SERVICE OF DOCUMENT (Attachment)**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

   - Frank Cadigan    frank.cadigan@usdoj.gov
   - Nicholas W Gebelt    ngebelt@goodbye2debt.com
   - Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
   - United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

2. **SERVED BY UNITED STATES MAIL:**

   **Joe Anthony Santa Maria**
   1603 El Rancho Drive
   La Habra, CA 90631

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**